PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

RECEIVED
WILLIAM T. WALSH, CLERK

2005 DEC 29  P 1: 55

UNITED STATES
DISTRICT COURT

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ramon Copeland                                Cr.: 2:99CR347-01

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Date of Original Sentence: 04-20-00

Original Offense: Possession of a Firearm by a Convicted Felon (18 U.S.C. 922(g)(2))

Original Sentence: 37 months custody

Type of Supervision: TSR                         Date Supervision Commenced: N/A

Assistant U.S. Attorney: Maureen Hall            Defense Attorney: Esther Salas (AFPD)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**  Copeland was arrested on August 23, 2002 by the Newark Police Department and charged with Possession of CDS. According to the police report, the offender was stopped and questioned for allegedly selling drugs at the corner of Sunset and Lindsley Avenues. Officers located four zip-lock baggies of marijuana on Copeland's person.  Copeland failed to appear in Newark Municipal Court and a bench warrant was issued on February 15, 2005. This warrant still remains active |

2     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

Copeland was arrested on October 15, 2002 by the Newark Police Department and charged with Resisting Arrest and Possession of a Weapon (handgun). A police report could not be obtained regarding this arrest. However, according to the Indictment, the offender, using the name "Troy Lampley" did knowingly and willingly possess a certain firearm, a .45 caliber handgun, without first having obtained a permit to carry the same.

On February 3, 2003, the offender pled guilty and was convicted of Possession of a Weapon (handgun) in New Jersey Superior Court, Essex County. On March 28, 2003, Copeland was sentenced to three years in New Jersey State custody and a $155 fine.

3     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

Copeland was arrested on January 21, 2005 by the Irvington Police Department and charged with Eluding Law Enforcement (Failure to Stop). A police report could not be obtained regarding this arrest.

On June 15, 2005, the offender pled guilty and was convicted of Eluding Law Enforcement (Failure to Stop) in New Jersey Superior Court, Essex County. On September 30, 2005, Copeland was sentenced to seven years in New Jersey custody and $155 fine.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer
Date: December 13, 2005

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date