UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler, U.S.D.J. |
|---|---|
| v. | Cr. No. 99-347 (SRC) |
| RAMON COPELAND | **JUDGMENT OF REVOCATION OF SUPERVISED RELEASE** |

The Court having presided over the defendant RAMON COPELAND's guilty plea on January 10, 2011 to Count 2 of the Petition for Violation of Supervised Release (Dec. 13, 2005) (Dkt. No. 24) (the "Petition"), charging him with violating the terms of his supervised release by committing another state crime, to wit: unlawful possession of a firearm in violation of New Jersey law, and concurrent sentencing hearing, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows to: (a) a period of incarceration consisting of time served, plus ~~a reasonable amount of time necessary~~ 20 days (in order) for the United States Probation Office, District of New Jersey ("Probation") to place defendant in a halfway house; and (b) three years of supervised release to follow this period of incarceration, the first six months of which shall be served in a halfway house selected by Probation.

4. Counts 1 and 3 of the Petition are hereby dismissed.

Dated: January 11, 2011

HONORABLE STANLEY R. CHESLER
United States District Judge