PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ramon Copeland      **Docket Number:** 99-00347-001
**PACTS Number:** 23971

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler, United States District Judge

**Date of Original Sentence:** 04/20/2000

**Violation of Supervised Release:** 01/10/2011

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 37 months imprisonment; 3 years supervised release; $500 fine and $100 special assessment. Special conditions: 1) drug testing/treatment; and 2) DNA collection.

**Violation Sentence:** 20 days in jail; 3 years of supervised release; $500 fine and $100 special assessment. Special conditions: 1) 6 months placement in halfway house setting, 2) drug testing/treatment, and 3) DNA collection.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 12/28/01
**Date Supervision Recommenced:** 01/28/11

**Assistant U.S. Attorney:** Gurbir Singh Grewal, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Peter M. Carter (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[☒] To issue a warrant
[☒] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'Residential Reentry Center Placement (6 months with weekend privileges). You shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required by the program.' |

PROB 12C - Page 2
Ramon Copeland

On January 28, 2011, the offender was admitted into the community corrections center (i.e. Toler House) in Newark. On April 19, 2010, the offender was discharged from the program as a result of continuous disregard for the rules and regulations of the facility. Specifically, the offender was witnessed smoking in the facility on one occasion, displayed insolence towards staff in another instance, and failed to return to the facility immediately upon completion of his work shift.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 4/20/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 5/9/2011 @ 1:00 Pm
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/28/2011
Date