PROB 12B
(7/93)

## United States District Court
### for
### District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ramon Copeland                                Cr.: 99-00347-001
                                                               PACTS Number: 23971

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler, United States District Judge

Date of Original Sentence: 04/20/2000

Original Offense: Felon in Possession of a Weapon

Original Sentence: 37 months imprisonment followed by 5 years of supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/01/2002

### PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows.

The offender shall participate in the location monitoring program. The offender shall be confined to his residence for a period of six (6) months commencing at the discretion of the U.S. Probation Office. The offender shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a location monitoring device and follow all location monitoring procedures. The offender shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable cordless equipment. The offender shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

### CAUSE

Copeland was discharged from the halfway house prior to completing six (6) months of placement as court ordered.

Respectfully submitted,

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 06/06/2011

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/6/2011
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

June 6, 2011

**SUPERVISION UNIT**
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Court Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: Copeland, Ramon
Dkt. No. 99-00347-001
**Request for Modification of the Conditions**

Dear Judge Chesler:

On April 20, 2000, Ramon Copeland appeared before the Honorable William G. Bassler, United States District Judge, and was sentenced to 37 months imprisonment followed by five years supervised release after pleading guilty to possession of weapon by a convicted felon. The following special conditions were also ordered: drug treatment/testing, $500 fine, $100 special assessment, and DNA testing. On October 19, 2001, the offender was sentenced in New Jersey Superior Court to five years in custody. On December 28, 2001, Copeland was transferred from the Bureau of Prisons to the custody of the Commissioner of the New Jersey Department Corrections. On August 1, 2002, he was released from state custody as a parolee and commenced supervision.

During the course of supervision, the offender was arrested on three separate occasions resulting in considerably lengthy consecutive terms of incarceration and violations of state parole. On December 13, 2005, this office requested the issuance of a warrant due to his failure to comply with the conditions of supervised release via a Probation Form 12C. On December 29, 2005, the warrant was lodged as a detainer. On December 10, 2010, the offender was released from state custody and initially appeared before the Honorable Claire C. Cecchi, United States Magistrate Judge. On the same date, his case was reassigned to Your Honor.

On January 10, 2011, the offender appeared in court for a final revocation hearing and pled guilty to violating the terms of his supervised release. The offender was re-sentenced to 20 days in jail followed by three years supervised release and his previous term of supervision was revoked. The offender was ordered to comply with all of the previously imposed standard and special conditions of supervision, in addition to a newly imposed special condition of six (6) months placement in a community corrections center, halfway house, or similar residential facility.

On January 28, 2010, the offender was admitted into Toler House Residential Re-Entry Center (RRC) in Newark. On April 19, 2011, the offender was discharged from the program as a result of continuous disregard for the rules and regulations of the facility. Specifically, the offender was witnessed smoking in the facility on one occasion, displayed insolence towards staff in another instance, and failed to return to the facility immediately upon completion of his work shift.

Based on all of these factors, we are requesting that the conditions be modified to include six (6) months of home confinement. Copeland has already agreed to the modification and waived his right to a hearing. Therefore, unless Your Honor considers otherwise, we ask that you review the enclosed documents and sign the Probation Form 12B authorizing the modifications. We will make ourselves available should you wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Jamel H. Dorsey
U.S. Probation Officer

/jhd

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

LOCATION MONITORING PROGRAM   (6 months)   (Payment waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 6 months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

Witness: _____  Signed: _____
United States Probation Officer              Probationer or Supervised Releasee
Jamel H. Dorsey                              Ramon Copeland